**Order entered October 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00515-CV

### IN THE INTEREST OF J.R.B., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00538-W**

### ORDER

By this order, we remove this case from submission without oral argument on November 4, 2021, and set the case for submission without oral argument today, October 7, 2021, before the same panel, consisting of Justices Molberg, Goldstein, and Smith. *See* TEX. R. APP. P. 2.

/s/    KEN MOLBERG
          JUSTICE